UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE WENDY'S COMPANY, a foreign corporation; WENDY'S RESTAURANTS, LLC, a foreign limited liability company; WENDY'S INTERNATIONAL INC., (dba THE WENDY'S RESTAURANT SYSTEM IN THE UNITED STATES) a foreign corporation; and DOES 1-20, inclusive,<br><br>        Defendants. | No.  2:13-cv-02159-GEB-KJN<br><br>**DECLINATION TO ISSUE A REASSIGNMENT ORDER** |
| MITCH DAVENPORT, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE WENDY'S COMPANY, a foreign corporation; WENDY'S RESTAURANTS LLC, a foreign limited liability company; WENDY'S INTERNATIONAL, INC. (dba THE WENDY'S RESTAURANT SYSTEMS IN THE UNITED STATES), a foreign corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No.  2:14-cv-00931-JAM-DAD |

1  The Notice of Related Cases concerning the above-captioned cases filed April 17, 2014, has been considered. (Defs.' Notice of Related Cases, ECF No. 22, No. 2:13-cv-02159-GEB-KJN.)

Defendants removed the earlier-filed putative class action, Case No. 2:13-cv-02159-GEB-KJN, on traditional diversity grounds. (Notice of Removal, ECF No. 1, No. 2:13-cv-02159-GEB-KJN.) That action was remanded on December 24, 2013, since Defendants failed to show satisfaction of the amount-in-controversy requirement. (Order, Dec. 24, 2013, ECF No. 17, No. 2:13-cv-02159-GEB-KJN.) In addition to the remand order, the Court denied Defendants' requests to stay and to reconsider the remand order. (Order, Jan. 8, 2014, ECF No. 20, No. 2:13-cv-02159-GEB-KJN.) No other judicial work was expended in that action.

The more recently filed putative class action, Case No. 2:14-cv-00931-JAM-DAD, was removed under the Class Action Fairness Act, (Notice of Removal, ECF No. 1, No. 2:14-cv-00931-JAM-DAD), and it has not been shown that reassignment of that action "is likely to effect a savings of judicial effort or other economies." E.D. Cal. R. 123(c). Therefore, a reassignment order is not issued.

Dated: April 22, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge